# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARSEAN HARRIS,

    Plaintiff,

v.

LAUREN ERICKSON,

    Defendant.

CASE NO. 3:22-cv-05398-RAJ-JRC

~~PROPOSED~~ **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the report and recommendation.

(2)     Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 9) is denied.

(3)     This case is dismissed without prejudice and the case shall be closed.

(4)     The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** this 31st day of August, 2022.

The Honorable Richard A. Jones
United States District Judge